```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
KAREN JEANETTE HUURMAN,            :

                Plaintiff,         :           ORDER
                                               07 Civ. 9326 (LBS)(MHD)
          -against-                :

EMRIE BROOKE FOSTER,               :

                                   :
                Defendant.
---------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a pre-trial conference has been scheduled in the above-captioned action on **FRIDAY, FEBRUARY 22, 2008 at 3:00 P.M.**, at which time you are directed to appear in Courtroom 6A, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
**January 23, 2008**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Karen Jeanette Huurman
133 Mulberry Street #6WI
New York, NY 10013

Emrie Brooke Foster
P.O. Box 1227
Milford, PA 18337