```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KAREN JEANETTE HUURMAN,              :

                Plaintiff,           :

        -against-                    :

EMRIE BROOKE FOSTER,                 :

                                     :

                Defendant.
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

**ORDER**
07 Civ. 9326 (LBS)(MHD)

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    A pre-trial telephone conference having been held with plaintiff and defendant today,

    It is hereby **ORDERED** as follows:

    1. All discovery is to be completed by **MONDAY, JUNE 30, 2008**.

    2. The parties are to submit a joint pre-trial order by **FRIDAY, AUGUST 15, 2008**, unless a potentially dispositive motion has been served by that date. To accomplish this, plaintiff is to provide to defendant by **TUESDAY, JULY 15, 2008** a list of her claims, her contentions of fact, a list of her expected trial witnesses and her trial exhibits. Defendant is to provide the equivalent information to plaintiff by **WEDNESDAY, JULY 30, 2008**. Defendant is to meet with plaintiff by no later than **WEDNESDAY,**

**AUGUST 6, 2008** to attempt to agree on any stipulations of fact and admissibility. Plaintiff is to arrange for the preparation of the final version of the joint pre-trial order, its signing by both sides, and its submission to the court.

Dated: New York, New York
       February 22, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Karen Jeanette Huurman
133 Mulberry Street #6WI
New York, NY 10013

Emrie Brooke Foster
P.O. Box 1227
Milford, PA 18337