```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KAREN JEANETTE HUURMAN,              :

                Plaintiff,           :     ORDER
                                           07 Civ. 9326 (LBS)(MHD)
       -against-                     :

EMRIE BROOKE FOSTER,                 :

                                     :
                Defendant.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** as follows:

1. Defendant is to serve and file her opposition to plaintiff's summary-judgment motion by no later than **TUESDAY, SEPTEMBER 30, 2008.**

2. Plaintiff is to serve and file her reply, if any, by no later than **TUESDAY, OCTOBER 14, 2008.**

Dated: New York, New York
       September 2, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Karen Jeanette Huurman
133 Mulberry Street #6WI
New York, NY 10013

Emrie Brooke Foster
P.O. Box 1227
Milford, PA 18337